IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No.: 1:11CR-091 |
| | ) | |
| DIANA FREY | ) | |
| | ) | |
| | ) | |

**ORDER REESTABLISHING DEADLINES FOR THE SUBMISSION OF THE PRESENTENCE INVESTIGATION REPORT**

The initial Presentence Investigation Report shall be available to the parties on January 17, 2012. Objections to the Presentence Investigation Report shall be submitted to the U.S. Probation Officer no later than February 3, 2012. The Final Presentence Investigation Report regarding the above mentioned defendant shall be submitted to the Court no later than February 29, 2012.

_Susan J. Dlott_ Date: 1/10/12
Honorable Susan J. Dlott
Chief States District Judge